973 A.2d 408

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Craig M. CAPORUSCIO, Petitioner.**

Supreme Court of Pennsylvania.

May 27, 2009.

## *ORDER*

PER CURIAM.

**AND NOW,** this 27th day of May 2009, the Petition for Allowance of Appeal is DENIED.

Justice McCAFFERY did not participate in the consideration or decision of this matter.